UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID REY FIERRO, | ) |
| Petitioner, | ) Case No. CV 94-3198 GHK (AJW) |
| v. | ) |
| | ) ORDER ACCEPTING REPORT AND |
| GREG LEWIS, WARDEN, | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
| Respondent. | ) |

K

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), the Supplemental Report and Recommendation of Magistrate Judge ("Supplemental Report"), and petitioner's objections to the Report and *his procedural & substantive objections to the* Supplemental Report. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report *& the Supplemental Report* after having made a <u>de</u> <u>novo</u> determination of the portions to which objections were directed.

DATED: 6/17/14

_____
George H. King
United States District Judge