UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DAVID REY FIERRO, | ) | Case No. CV 94-3198 GHK (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| GREG LEWIS, WARDEN, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 6/17/14

George H. King
United States District Judge